

## LAW OFFICES OF
## IRENE SINAYSKAYA
2652 Coney Island Avenue
Brooklyn, NY 11223
Tel: 1(718)402-2240 Fax: 1(718)305-4571
E-mail – Irene@NYJusticeLaw.com

To the attention of:
EDNY Clerks Office
225 Cadman Plaza East
Brooklyn, NY 11201

August 2, 2016

RE: Change of Primary Email Address

Please be advised that the primary email address has changed from irennee77@aol.com, to Irene@NYJusticeLaw.com.

Best Regards,

Irene Sinayskaya, ESQ.