| |  | |
|---|---|---|
| NEW YORK | | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | EVE I. KLEIN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1065 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7559 | CHERRY HILL |
| SHANGHAI | E-MAIL: eiklein@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | www.duanemorris.com | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

August 2, 2016

<u>*VIA ECF*</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Rasulev v. Good Care Agency, Inc., Case No. 1:16-cv-01993 (LDH) (CLP)</u>

Dear Judge Hall:

  We represent Defendant Good Care Agency, Inc. in the above referenced matter.

  We are writing to request an adjournment of the Pre-Motion Conference currently scheduled for August 25, 2016, at 12:00 P.M. Unfortunately, I have had longstanding vacation plans and will be out of town on that date.

  This is the first such request for an adjournment. Plaintiff's counsel has consented to our request. After conferring with Plaintiff's counsel, and pursuant to a request from your Courtroom Deputy, Winnethka Valentin, to provide the court with September dates when counsel are available, we would respectfully propose any of the following September dates for the Pre-Motion Conference: September 20, 21, 22, 26, 27, 28, 29, 30th, 2016, as convenient to the Court.

  We thank the Court for its consideration.

                Respectfully yours,

                <u>*/s/ Eve I. Klein*</u>
                Eve I. Klein

DUANE MORRIS LLP
1540 BROADWAY  NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM2\7027253.1