# WITTELS LAW
New York & New Jersey

**Steven L. Wittels**
**Partner**
slw@wittelslaw.com

18 Half Mile Road
Armonk, New York 10504
T: (914) 319-9945  F: (914) 273-2563

August 15, 2016

**Via ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Rasulev v. Good Care Agency, Inc., No. 16 Civ. 1993-LDH-CLP*

Dear Judge Pollak:

On behalf of Plaintiff Iskander Rasulev and the proposed Class we write with Defendant's consent to address three scheduling matters.

***First***, the parties request that Your Honor enter the following preliminary discovery schedule, which resets certain dates that were affected by a temporary discovery stay entered by Judge DeArcy Hall on July 1:

Meet and Confer Regarding ESI Discovery: **August 17**[1]
Document Demands and Interrogatories: **September 2**
Responses to Document Demands and Interrogatories: **October 14**

***Second***, we request a brief adjournment of the status conference currently calendared for September 14, 2016. Your Honor's chambers informed Plaintiff's counsel that the Court has availability on September 20 to 22. The parties are free on those dates as well, except during the morning of September 20. At this conference the parties will request that Your Honor assist us with a number of discovery-related disputes, including Defendant's request to depose Plaintiff in early October prior to virtually all document discovery, and Defendant's refusal to discuss with Plaintiff's counsel the communications it made to Class Members whose pay was adjusted after this case was filed. In advance of the conference the parties will submit letters setting forth our positions on the outstanding issues.

***Third***, the parties request that the Court schedule a second conference for any time from October 25 to 27 that is convenient for the Court. While the parties intend to raise a number of issues at the September conference, the October conference is to address any discovery disputes related to the responses to document demands and interrogatories (due October 14), should any arise.

---

[1] The parties exchanged initial disclosures on August 12, 2016.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Steven L. Wittels
Steven L. Wittels

cc: All Counsel of Record *(via ECF)*

The parties request for a discovery schedule is granted as follows: 1) parties are to meet and confer on ESI by 8/17; 2) parties are to exchange demands for discovery by 9/2; 3) responses due 10/14. The September 14 conference is adjourned to 10/21 at 1000. The request for a further conference will be addressed on 10/21 at 1000. So Ordered.

/s/ Cheryl Pollak
USMJ
8/16/16