

| NEW YORK | | ATLANTA |
| --- | --- | --- |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | | PITTSBURGH |
| SAN FRANCISCO | EVE I. KLEIN | NEWARK |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1065 | LAS VEGAS |
| SAN DIEGO | PERSONAL FAX: +1 212 202 7559 | CHERRY HILL |
| SHANGHAI | *E-MAIL:* eiklein@duanemorris.com | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

October 20, 2016

<u>VIA ECF</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Rasulev v. Good Care Agency, Inc., Case No. 1:16-cv-01993 (LDH) (CLP)</u>

Dear Judge DeArcy Hall:

    As you know, we represent Good Care Agency, Inc. in the above referenced matter. We write to the Court to address the Letter Regarding FLSA Class Cases Post-Campbell-Ewald ("Letter") filed by Plaintiff's counsel yesterday afternoon. Dkt. 38.

    At the first pre-motion conference held on July 21, 2016, Your Honor ordered Plaintiff to file a response to Defendant's July 20, 2016 pre-motion conference letter by July 29, 2016. Your Honor made it clear that other than Plaintiff's response, the parties were not to submit any further briefing on this topic. At the second pre-motion conference held on October 18, 2016, Your Honor only gave leave to Plaintiff to file was an Amended Complaint, should he so choose.

    Given the aforementioned, Defendants respectfully request that Plaintiff's Letter be removed from the docket and not taken into consideration by Your Honor.

                      Respectfully submitted,

                      <u>/s/ Eve I. Klein</u>

                      Eve I. Klein